O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>   Property located in<br>   Santa Paula, CA 93060 | CV 11-159 RSWL (JEMx)<br><br>**ORDER VACATING ORDER TO SHOW CAUSE RE: NON-APPEARANCE AT MAY 10, 2011 SCHEDULING CONFERENCE HEARING** |

On May 10, 2011, this Court issued an Order to Show Cause to Plaintiff Asset Foreclosure Services, Inc. as to Plaintiff's non-appearance at the May 10, 2011 Scheduling Conference before this Court. Plaintiff has shown good cause as to why Plaintiff did not appear at this Scheduling Conference. Accordingly, the Order to Show Cause is hereby Vacated.

DATED: May 23, 2011

**IT IS SO ORDERED.**

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

1